# EXHIBIT C

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
714.513.5100 main
714.513.5130 main fax
www.sheppardmullin.com

Writer's Direct Line: 714-424-2895
ngarciaguillen@sheppardmullin.com

March 2, 2012

Our File Number: 16MZ-133408

*VIA EMAIL AND U.S. MAIL*

Tony Castañeda
Viva Entertainment Group
1106 W. Lawrence Ave.
Chicago, IL 60640
acastaneda@aragon.com

    Re:    Demand For US $105,000 Owed To Mx Live Entertainment, Inc. ("Mx Live") and Alejandra Guzmán

Dear Mr. Castañeda:

    This firm has been retained by Mx Live and Alejandra Guzmán in connection with your breach of the Artist Services Agreements you entered into on January 19, 2012 (the "Agreements") in connection with the performances of Ms. Guzmán and Moderatto on February 29, 2012 and March 2, 2012 in Laredo and San Antonio, Texas, respectively.

    As you are aware, the two Agreements you executed on behalf of Viva Entertainment Group ("Viva") bound Viva to pay a total of $105,000 to Mx Live in return for booking two performances, as outlined above. Mx Live and the artists not only complied with its responsibilities and duties under the Agreements, but relied to their detriment on Viva's representations under same. Indeed, Mx Live did not book any other performances for the artists on those dates or in the vicinity of the venues selected by Viva. This has resulted in damages exceeding the mere agreed upon price of the performances outlined in the Agreements.

    Moreover, to add insult to injury, Viva did not have the courtesy of calling Mx Live directly to inform them that Viva was reneging on the Agreements. Instead, Mx Live had to learn of Viva's breach through a press release issued on or about February 27, 2012 by Viva announcing the "postponement" of said performances.

    As you know, under the terms of the Agreements, and specifically under sections 9 and 10 of same, Viva is liable to Mx Live for the agreed upon price in *full*. As such, we hereby demand full payment of $105,000 that you currently owe to Mx Live under the Agreements. If this amount is not received by *5:00 p.m. (PT)* on *Tuesday, March 6, 2012*, we will institute legal proceedings on behalf of Mx Live and Alejandra Guzmán against you and

# SheppardMullin

Tony Castañeda
March 2, 2012
Page 2

vigorously pursue all available legal remedies, including but not limited to the recovery of the $105,000, all attorneys' fees, and other costs of litigation.

Thank you in advance for your cooperation.

Very truly yours,

Norma V. García

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:3NVG1\404704643.1